# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW RIDGE,<br><br>　　　　　　Defendant. | 2:21-cr-00305-GMN-VCF<br><br>**ORDER** |

　　　　Before the Court is defendant Matthew Ridge's motion to withdraw counsel (ECF NO. 25).

　　　　Federal Public Defender was appointed as counsel of record for Matthew Ridge on December 15, 2021. (ECF No. 11). Mr. Ridge filed the instant motion on his own behalf. (ECF No. 25).

　　　　Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED defendant Matthew Ridge's motion to withdraw counsel (ECF NO. 25) is STRICKEN.

　　　　The Clerk of Court is directed to STRIKE the defendant Matthew Ridge's motion to withdraw counsel (ECF NO. 25) from the docket.

　　　　DATED this 8th day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE