RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Matthew Ridge

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00305-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| MATTHEW RIDGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Matthew Ridge, that the Sentencing Hearing currently scheduled on May 1, 2023 at 2:30 p.m., be vacated and continued to May 3, 2023 at 2:30 p.m.

This Stipulation is entered into for the following reasons:

1.      This case is related to a pending revocation matter in *United States v. Ridge*, Case No. 2:09-CR—00455-JAD-LRL that is set for a hearing on May 3, 2023.  Because the matters are related, the parties seek a continuance to allow Mr. Ridge to resolve both matters on the same date.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 1st day of February 2023.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


       */s/ Nisha Brooks-Whittington*              */s/ Lisa Cartier-Giroux*
By_____       By_____
NISHA BROOKS-WHITTINGTON                     LISA CARTIER-GIROUX
Assistant Federal Public Defender           Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

MATTHEW RIDGE,

               Defendant.

Case No. 2:21-cr-00305-RFB-VCF

**<u>ORDER</u>**

     Based on the pending Stipulation of counsel, and good cause appearing,

     IT IS ORDERED that the Sentencing hearing currently scheduled for Monday, May 1, 2023, at 2:30 p.m., be vacated and continued to May 3, 2023 at the hour of 2:30 p.m.

     DATED this <u>2nd</u> day of <u>   Februrary   </u> 2023.

                                    _____

                                  RICHARD F. BOULWARE, II.
                                  UNITED STATES DISTRICT JUDGE