RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Matthew Ridge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00305-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| MATTHEW RIDGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Brianna I. Chapa, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Matthew Ridge, that the Revocation Hearing currently scheduled on October 9, 2025 at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel recently received a copy of the sentencing transcript she ordered from the sentencing hearing and needs additional time to review the transcript and prepare a sentencing memorandum. Counsel also needs additional time to discuss the case with Mr. Ridge.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of September 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|     */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |     */s/ Brianna I. Chapa*<br>By_____<br>BRIANNA I. CHAPA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00305-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW RIDGE, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, October 9, 2025 at 9:15 a.m., be vacated and continued to November 21, 2025 at 10:00 a.m.

DATED this 25th day of September 2025.

_____
UNITED STATES DISTRICT JUDGE